**David MARRERO, Petitioner-Appellant,**

v.

**WARDEN, LSCI BUTNER, Respondent-Appellee.**

No. 17-6681

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

David Marrero, Appellant Pro Se.

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Marrero, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Marrero v. Warden, LSCI Butner*, No. 5:17-hc-02020-BO (E.D.N.C. May 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*